Robert B. Wilson     Standing Chapter 13 Trustee  6308 Iola Avenue, STE 100     Lubbock, TX 79424     (806)748-1980 Office     (806)748-1956

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-70167 - HDH -13 |
| MILLARD CLINTON TUCKER | |
| EDWINA GRACE TUCKER | Hearing Date:  7/16/2014 |
| DEBTOR(S) | Hearing Time:  11:00 AM |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW ROBERT B. WILSON, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 5/29/2014.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee is unable to verify all pre-petition tax returns have been filed as required by 11 U.S.C. 1308.

4. The Statement Under Penalty of Perjury Concerning All Applicable Federal, State, and Local Tax Returns filed May 29, 2014 does not specify if 2010 tax retun was filed.

5. Trustee objects to confirmation in accordance with 11 U.S.C. 1325 (a)(9).

WHEREFORE,  the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date:  7/9/2014

Respectfully submitted,
/s/ Robert B. Wilson
6308 Iola Avenue, STE 100
Lubbock, TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| Debtor(s) Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLAC<br>WICHITA FALL TX   76301-0000 | Debtor(s)<br>MILLARD CLINTON TUCKER<br>EDWINA GRACE TUCKER<br>2539 FM 1125<br><br>BOWIE           TX   76230 |

Date:  7/9/2014

/s/ Robert B. Wilson
Office of the Standing Trustee

MILLARD CLINTON TUCKER
EDWINA GRACE TUCKER
2539 FM 1125
BOWIE           TX   76230